

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2017

No. 04-16-00610-CV

Timothy **STEIN**,
Appellant

v.

**REVCAP, LLC** and Revere High Yield Fund, LP,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14288
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's unopposed motion for extension of time to file reply brief is hereby GRANTED. Time is extended to February 9, 2017.

It is so **ORDERED** on February 7, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court